; discus
MICHAEL DELIKAT
(NY STATE BAR NO. MD1165)
*Appearing pro hac vice*
mdelikat@orrick.com
RENEE B. PHILLIPS
(NY STATE BAR NO. RP4456)
*Appearing pro hac vice*
rphillips@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, New York  10019-6142
Telephone:  +1-212-506-5000
Facsimile:  +1-212-506-5151

KENNETH HERZINGER
(STATE BAR NO. 209688)
kherzinger@orrick.com
ERIN M. CONNELL
(STATE BAR NO. 223355)
econnell@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, California  94105
Telephone:  +1-415-773-5700
Facsimile:  +1-415-773-5759

Attorneys for Defendant
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA BLACKBURN,<br><br>  Plaintiff,<br><br>  v.<br><br>ORACLE AMERICA, INC.,<br><br>  Defendant. | Case No. 3:16-cv-02925-EDL<br><br>**DEFENDANT ORACLE AMERICA, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Date Action Filed: June 1, 2016 |

| | |
|---|---|
| 1 | Defendant Oracle America, Inc. ("Oracle" or "Defendant") respectfully submits this |
| 2 | Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil Local |
| 3 | Rules ("Civ. L.R.") 3-12(b) and 7-11. |

## ACTION REQUESTED

Pursuant to Civ. L.R. 3-12(b), Oracle informs the Court that the following cases are related:

1. The instant case, *Blackburn v. Oracle America, Inc.,* Case No. 3:16-cv-02925 ("Blackburn Litigation"), filed in the Northern District of California on June 1, 2016; and

2. *Klarfeld et al. v. Oracle Corp., et al.*, Case No. 3:16-cv-02966 ("Klarfeld Litigation"), filed in the Northern District of California on June 2, 2016.

The Klarfeld Litigation is a securities class action that, as of necessity, has been assigned to a District Judge.[1] The Blackburn Litigation is a Sarbanes-Oxley/Dodd Frank whistleblower action. Oracle respectfully submits that these cases are related because they arise out of the same underlying facts, and as a result there may be duplication of effort by different judges as well as a possibility of conflicting or inconsistent results should the cases proceed in parallel before different judges. *See* Civ. L.R. 3-12(a).

Oracle also informs the Court that a motion to relate has been filed in *Tomassini v. Oracle*, Case No. 3:16-cv-03583, which is an ERISA class action pending before the Honorable Jacqueline Scott Corley (the "Tomassini Litigation"). The plaintiff in the Tomassini Litigation filed a motion to relate it to the Klarfeld Litigation on substantially similar grounds as those contained in the instant motion and has requested that the Tomassini Litigation be reassigned to the Klarfeld Court. Upon information and belief, the Honorable Edward M. Chen, the presiding judge in the Klarfeld Litigation, will decide that motion. *See* Civ. L.R. 3-12(f). A copy of that motion is attached as Exhibit C to the Declaration of Renee B. Phillips in Support of Motion to Relate ("Phillips Dec."), submitted herewith. Oracle will not oppose that motion.

---

[1] Under General Order No. 44, Assignment Plan, Section E, securities class actions cannot be assigned to magistrate judges.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW

- 1 -

DEFENDANT ORACLE AMERICA, INC.'S ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE
RELATED

# **MEMORANDUM**

Civ. L.R. 3-12(b) directs a party to file an administrative motion to consider whether an action filed in this District may be related to an action that is pending in this District. Oracle submits that the Blackburn Litigation may be related to the Klarfeld Litigation within the meaning of Civ. L.R. 3-12(a) for the following reasons:

1. The alleged facts of both cases are intertwined. In the Blackburn Litigation, the plaintiff, Svetlana Blackburn, alleges that Oracle terminated her employment in retaliation for reporting that management engaged in improper accounting practices which were intended to bolster the reported financial results of Oracle's Cloud Services business. *See* Phillips Dec. Exhibit A, Blackburn Complaint, at ¶ 9.[2]

2. The Klarfeld Complaint alleges that "Oracle used improper accounting practices to inflate the Company's cloud computing revenues" and terminated Svetlana Blackburn's employment in retaliation "for raising the alleged improper accounting practices to her supervisors." *See* Phillips Dec. Exhibit B, Klarfeld Complaint at ¶¶ 5-6.

3. Thus, although the complaints assert different causes of action,[3] the core facts alleged in each complaint involve the same accounting and retaliation allegations. As such, "[i]t appears likely that there will be an unduly burdensome duplication of labor…or conflicting results if the cases are conducted before different judges." Civ. L.R. 3-12(a)(2). *See Meaux v. Northwest Airlines, Inc.*, 2006 U.S. Dist. LEXIS 48023, *3-5, 2006 WL 1867748 (N.D. Cal. July 6, 2006) (relating cases that alleged different causes of action but stemmed from the same facts involving plaintiff's discipline and termination that were related to a customer complaint).

---

[2] Oracle denies the allegations in the Blackburn Litigation and Klarfeld Litigation.

[3] The Blackburn Litigation asserts four causes of action for whistleblower retaliation under federal and state law; specifically, the Sarbanes Oxley Act, the Dodd-Frank Act, California Labor Code 1102.5, and common law wrongful termination, while the Klarfeld Litigation asserts securities class action claims under Section 10(b), Rule 10b-5 and Section 20(a) of the Exchange Act.

5. For the foregoing reasons, Defendant respectfully requests that the Blackburn Litigation and the Klarfeld Litigation be deemed related under Civ. L.R. 3-12(a). In addition, given that (1) Oracle intends to decline the appointment of a Magistrate Judge in the Blackburn Litigation, (2) the Tomassini Litigation may be transferred to the same Court as the Klarfeld Litigation, and (3) the Plaintiff in the Blackburn Litigation does not oppose the Blackburn Litigation being reassigned to the same Court as the Klarfeld Litigation (*see* Declaration of Renee B. Phillips In Support of Motion to Relate at ¶ 6), Oracle respectfully requests that the Blackburn Litigation be reassigned to the same Court as the Klarfeld Litigation. Civ. L.R. 3-12(f)(3).

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW

- 3 -

DEFENDANT ORACLE AMERICA, INC.'S ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE
RELATED

A Proposed Order accompanies this Motion.

Dated: July 18, 2016                    Orrick, Herrington & Sutcliffe LLP


By: /s/ Kenneth Herzinger
    KENNETH HERZINGER
    Attorneys for Defendant
    ORACLE AMERICA INC.