MICHAEL DELIKAT
(NY STATE BAR NO. MD1165)
*Appearing pro hac vice*
mdelikat@orrick.com
RENEE B. PHILLIPS
(NY STATE BAR NO. RP4456)
*Appearing pro hac vice*
rphillips@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, New York  10019-6142
Telephone:    +1-212-506-5000
Facsimile:    +1-212-506-5151

KENNETH HERZINGER
(STATE BAR NO. 209688)
kherzinger@orrick.com
ERIN M. CONNELL
(STATE BAR NO. 223355)
econnell@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, California  94105
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Defendants
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA BLACKBURN<br><br>    Plaintiff,<br><br>  v.<br><br>ORACLE AMERICA, INC.<br><br>    Defendant. | Case No. 3:16-cv-02925-EMC<br><br>**DEFENDANT ORACLE AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Oracle America, Inc. certifies that Oracle Corporation is the parent corporation of Oracle America, Inc.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Oracle Corporation
2. Oracle America, Inc.

Dated: August 9, 2016

MICHAEL DELIKAT
RENEE B. PHILLIPS
KENNETH HERZINGER
ERIN M. CONNELL
Orrick, Herrington & Sutcliffe LLP

By: _____/s/ Michael Delikat_____
MICHAEL DELIKAT
Attorneys for Defendant
ORACLE AMERICA, INC.

OHSUSA:765652831.1