Daniel Velton, Esq. (SBN 267890)
VJ Chetty, Esq. (SBN 271778)
VELTON ZEGELMAN P.C.
525 W. Remington Drive, Suite 106
Sunnyvale, CA 94087
Telephone: (408) 505-7892
Fax: (408) 228-1930
dvelton@vzfirm.com
vchetty@vzfirm.com

Attorneys for Plaintiff
SVETLANA BLACKBURN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA BLACKBURN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE AMERICA, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 3:16-cv-02925-EMC<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES** |

1

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES

Pursuant to Civil L.R. 3.15, the undersigned, counsel of record for Plaintiff Svetlana Blackburn, certifies that, as of August 10, 2016, other than the named parties, there is no such interest to report.

Dated: August 10, 2016             ____/s/Vijayta R. Chetty_____
                                   Vijayta R, Chetty, Esq.
                                   Counsel for Plaintiff Svetlana Blackburn

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES