Daniel Velton (SBN 267890)
VJ Chetty (SBN 271778)
VELTON ZEGELMAN P.C.
525 W. Remington Drive, Suite 106
Sunnyvale, CA 94087
Telephone: (408) 505-7892
Fax: (408) 228-1930
dvelton@vzfirm.com
vchetty@vzfirm.com

Attorneys for Plaintiff
SVETLANA BLACKBURN

MICHAEL DELIKAT
(NY STATE BAR NO. MD1165)
*Appearing pro hac vice*
mdelikat@orrick.com
RENEE B. PHILLIPS
(NY STATE BAR NO. RP4456)
*Appearing pro hac vice*
rphillips@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
Telephone: +1-212-506-5000
Facsimile: + 1-212-506-5151

KENNETH HERZINGER
(STATE BAR NO. 209688)
kherzinger@orrick.com
ERIN M. CONNELL
(STATE BAR NO. 223355)
econnell@orrick.com
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone: + 1-415-773-5700
Facsimile: + 1-415-773-5759

Attorneys for Defendant
ORACLE AMERICA, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

JOINT STIPULATION
Case No. 3:16-cv-02925-EMC

| | | |
|---|---|---|
| 1 | SVETLANA BLACKBURN, an individual, | Case No.: 3:16-cv-02925-EMC |
| 2 | Plaintiff, | **JOINT STIPULATION & [PROPOSED] ORDER TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE** |
| 3 | v. | |
| 4 | ORACLE AMERICA, INC., a Delaware corporation, | |
| 5 | | |
| 6 | Defendant. | |

JOINT STIPULATION
Case No. 3:16-cv-02925-EMC

**JOINT STIPULATION**

This Stipulation is made by and between Plaintiff Svetlana Blackburn ("Plaintiff") and Defendant Oracle America, Inc. ("Defendant"), through their respective counsel of record, with reference to the following facts:

1. On June 1, 2016, Plaintiff filed her Complaint (Dkt. No. 1).
2. On August 1, 2016, the Court issued a Case Management Conference Order In Reassigned Case in this action (Dkt. No. 17).
3. The Court's Order set the Parties' Initial Case Management Conference for September 8, 2016 and the filing date for the Parties' Case Management Statement for September 1, 2016.
4. The parties have met and conferred, and agree to private mediation, to be completed by October 31, 2016.

NOW THEREFORE, the parties stipulate and jointly request that the Court continue the date for the Case Management Conference in this matter to a date convenient to the Court after October 31, 2016 (the date by which the parties have agreed to mediate), and that all associated dates (including the deadline to file a Joint Case Management Statement) be based on the new date for the Case Management Conference.

IT IS SO STIPULATED.


DATED: August 31, 2016					VELTON ZEGELMAN P.C.

							By: /s/ VJ Chetty_____
							VJ Chetty
							Attorney for Plaintiff
							SVETLANA BLACKBURN


DATED: August 31, 2016					ORRICK, HERRINGTON & SUTCLIFFE

							By:/s/Michael Delikat_____
							Michael Delikat
							Attorney for Defendant
							ORACLE AMERICA, INC.