**ORDER**

After considering the Parties' Stipulation to Continue Date of Initial Case Management Conference, IT IS ORDERED that the current Initial Case Management Conference scheduled for September 8, 2016 at 9:30 a.m., is continued to ___November 10___, 2016 at ___9:30 am___. The Case Management Statement shall be due on ___November 3___, 2016.

**IT IS SO ORDERED.**

DATED: ___September 1___, 2016

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

JOINT STIPULATION
Case No. 3:16-cv-02925-EMC