Daniel Velton (SBN 267890)
VJ Chetty (SBN 271778)
VELTON ZEGELMAN P.C.
525 W. Remington Drive, Suite 106
Sunnyvale, CA 94087
Telephone: (408) 505-7892
Fax: (408) 228-1930
dvelton@vzfirm.com
vchetty@vzfirm.com

*Attorneys for Plaintiff*

Michael Delikat (NY State Bar No. MD1165)
*Appearing pro hac vice*
mdelikat@orrick.com
Renee B. Phillips (NY State Bar No. RP4456)
*Appearing pro hac vice*
rphillips@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-5000
Fax: (212) 506-5151

Kenneth Herzinger (SBN 209688)
kherzinger@orrick.com
Erin M. Connell (SBN 223355)
econnell@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Fax: (415) 773-5759

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SVETLANA BLACKBURN,<br><br>    Plaintiff,<br><br>    vs.<br><br>ORACLE AMERICA, INC.,<br><br>    Defendant. | Case No. 3:16-cv-02925-EMC<br><br>**[PROPOSED] STIPULATED RULE 502(d) ORDER**<br><br>**Hon. Edward M. Chen**<br>**Action Filed: June 1, 2016** |

OHSUSA:766045191.1

## I. PURPOSE

This Stipulated Order will govern discovery of electronically stored information ("ESI") in this case as a supplement to the Federal Rules of Civil Procedure, this Court's Guidelines for the Discovery of Electronically Stored Information, and any other applicable orders and rules.

## II. DOCUMENTS PROTECTED FROM DISCOVERY

(1)  The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding.  This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

(2)  Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privilege and/or protected information before productions.

**IT IS SO STIPULATED.**

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated:  November 28, 2016        **VELTON ZEGELMAN P.C.**

By:       */s/ Daniel Velton*
                 DANIEL VELTON
                 Attorneys for Plaintiff

Dated:  November 28, 2016        **ORRICK HERRINGTON & SUTCLIFFE, LLP**

By*:*       */s/ Michael Delikat*
                 MICHAEL DELIKAT
                 Attorneys for Defendant
                 .

**Filer's Attestation:**  Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

1   Dated: November 28, 2016                    Respectfully submitted,

2                                                              */s/ Michael Delikat*
                                                               MICHAEL DELIKAT
3

4

5
        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
6

7   Dated: _____11/29/2016_____   _____
                                                               Hon. Edward M. Chen
8                                                              United States District Judge

*IT IS SO ORDERED*
Judge Edward M. Chen

[PROPOSED] STIPULATED 502(D) ORDER
CASE NO. 3:16-CV-02925-EMC

OHSUSA:766045191.1