Daniel Velton (SBN 267890)
VJ Chetty (SBN 271778)
VELTON ZEGELMAN P.C.
525 W. Remington Drive, Suite 106
Sunnyvale, CA 94087
Telephone: (408) 505-7892
Fax: (408) 228-1930
dvelton@vzfirm.com
vchetty@vzfirm.com

Attorneys for Plaintiff
SVETLANA BLACKBURN

Michael Delikat (NY State Bar No. MD1165)
*Appearing pro hac vice*
mdelikat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-5000
Fax: (212) 506-5151

Kenneth Herzinger (SBN 209688)
kherzinger@orrick.com
Jasmine M. Owens (SBN 284914)
jowens@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Fax: (415) 773-5759

Attorneys for Defendants
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA BLACKBURN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br><br>ORACLE AMERICA, INC.<br><br>　　　　　Defendant. | Case No. 3:16-cv-02925-EMC<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION AND [PROPOSED] ORDER VACATING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date: February 9, 2017<br>Time: 10:30 am<br>Dept.: Courtroom 5<br>Hon. Edward M. Chen |

OHSUSA:766422630.1

Plaintiff Svetlana Blackburn and Defendant Oracle America, Inc. (the "Parties"), through their undersigned counsel of record hereby stipulate to vacate the Further Case Management Conference scheduled for February 9, 2017 at 10:30 a.m. in Courtroom 5.  The Parties hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled in principle, and to request thirty (30) days in which to file a dismissal.

Now, therefore, **IT IS HEREBY STIPULATED** by and between all parties to this action as follows:

1. That the Further Case Management Conference, currently set for February 9, 2017 be vacated; and
2. That the Parties will file a Stipulation and Order of Dismissal with Prejudice within 30 days of this order.

**SO STIPULATED.**

ORRICK, SUTCLIFFE & HERRINGTON LLP

Dated: February 8, 2017

/s/ Michael Delikat

Michael Delikat
Kenneth P. Herzinger
Jasmine M. Owens
Counsel for Defendant ORACLE AMERICA, INC.

VELTON ZEGELMAN P.C.

Dated: February 8, 2017

/s/ Daniel Velton

```
                                    _____
                                    Daniel Velton
                                    VJ Chetty
                                    Attorneys for Plaintiff SVETLANA
                                    BLACKBURN
```

### ATTESTATION RE EELCTRONIC SIGNATURES

I, Michael Delikat, attest pursuant to Civil Local Rule 5-1(i)(3), that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  February 8, 2017          By:      /s/ Michael Delikat

### ORDER

Based on the Joint Stipulation of the parties, and good cause appearing, **IT IS ORDERED** that the Further Case Management Conference currently set for February 9, 2017 be and hereby is vacated. **IT IS FURTHERED ORDERED** that the Parties will file a Stipulation and Order of Dismissal with Prejudice within 30 days of this order.

**IT IS SO ORDERED.**

DATED:  February __, 2017                    _____
                                             Hon. Edward M. Chen
                                             U.S. District Court Judge
                                             Northern District of California