Daniel Velton (SBN 267890)
VJ Chetty (SBN 271778)
VELTON ZEGELMAN P.C.
525 W. Remington Drive, Suite 106
Sunnyvale, CA 94087
Telephone: (408) 505-7892
Fax: (408) 228-1930
dvelton@vzfirm.com
vchetty@vzfirm.com

Attorneys for Plaintiff
SVETLANA BLACKBURN

Michael Delikat (NY State Bar No. MD1165)
*Appearing pro hac vice*
mdelikat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
Telephone: (212) 506-5000
Fax: (212) 506-5151

Kenneth Herzinger (SBN 209688)
kherzinger@orrick.com
Jasmine M. Owens (SBN 284914)
jowens@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Fax: (415) 773-5759

Attorneys for Defendants
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA BLACKBURN,<br><br>              Plaintiff,<br><br>    v.<br><br><br>ORACLE AMERICA, INC.<br><br>              Defendant. | Case No. 3:16-cv-02925-EMC<br><br>**STIPULATION AND [PROPOSED]  ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that the above-entitled action hereby is dismissed with prejudice, with each party bearing its/her own costs, disbursements, and attorneys' fees.

ORRICK, SUTCLIFFE & HERRINGTON

Dated: February 16, 2017        /s/ Michael Delikat
                                Michael Delikat
                                Counsel for Defendant ORACLE AMERICA, INC.

VELTON ZEGELMAN P.C.

Dated: February 16, 2017

                                /s/ Daniel Velton
                                Daniel Velton
                                Attorneys for Plaintiff SVETLANA BLACKBURN

IT IS SO ORDERED

_____
Hon. Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**ATTESTATION RE ELECTRONIC SIGNATURES**

I, Daniel Velton, attest pursuant to Civil Local Rule 5-1(i)(3), that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February 16, 2017          By: /s/ Daniel Velton

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE                - 3 -